IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01896-WYD-KLM

1020 15TH STREET, INC.,

    Plaintiff,

v.

GALLAGHER'S STEAKHOUSE-GRAND CENTRAL OYSTER BAR FRANCHISING, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion To Consolidate Cases [doc. #9 - filed 9/28/08] is **STRICKEN**. D.C.COLO.LCivR 42.1 states, "A motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial." Because Defendant's Motion indicates that Defendant is filing a similar motion in Civil Action No. 08-cv-01639-EWN-BNB, Judge Nottingham needs to address the issue of consolidation in that case.

    Dated: September 30, 2008.