IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01896-WYD-KLM

1020 15TH STREET, INC.,

    Plaintiff,

v.

GALLAGHER'S STEAKHOUSE-GRAND CENTRAL OYSTER BAR FRANCHISE,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Scheduling Conference and Related Scheduling Order Deadlines** [Docket No. 13; Filed November 3, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference currently set for November 6, 2008 is **VACATED**, and will be reset by the Court if necessary.

    Dated: November 4, 2008